No. 3,997.—STATE EX REL. WM. L. WOOLRIDGE ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari* directed to the District Court of the Eighth Judicial District and H. H. Ewing, a Judge thereof.

Decided February 19, 1917.

PER CURIAM.—The application of relators herein for a writ of review is, after due consideration, by the court denied.

*Mr. W. B. Sands,* for Relators.